IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                        CIV. NO. 07-479 DFL GGH

      Plaintiff,

  v.                                     <u>ORDER RE DISPOSITION AFTER</u>
<u>NOTIFICATION OF SETTLEMENT</u>
STANDARD PARKING, INC.,
et al.,

      Defendants.
_____/

    The court has been advised by plaintiff's attorney, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 6, 2007; and

//

//

1

1   2.   That all hearing dates previously set in this matter
2  are vacated.
3       IT IS SO ORDERED.
4  Dated:  May 17, 2007
5
6
                                /s/ David F. Levi
7                               DAVID F. LEVI
                                United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26